SEPTEMBER 8, 1988

No. 88–5098. BROWN ET UX. *v.* FIRST NATIONAL BANK IN LENOX. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 53.

No. 87–1985. JOYNES, LEGAL REPRESENTATIVE OF THE FUTURE TORT CLAIMANTS OF A. H. ROBINS CO., INC. *v.* A. H. ROBINS CO., INC., ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

No. 87–2038. HONDA MOTOR CO., LTD. *v.* SALZMAN. Sup. Ct. Alaska. Certiorari dismissed under this Court's Rule 53.